UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIE BROWN,

    Plaintiff,                                                              Case No. 4:05-cv-37

v.                                                                          Hon. Wendell A. Miles

CITY OF BENTON HARBOR,
JOEL PATTERSON,
SAMUEL E. HARRIS,

    Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to plaintiff an Order Rejecting Pleading and Second Notice of Impending Dismissal giving plaintiff until October 1, 2005 to file corrected returns or waivers of service, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 26, 2006                                                  /s/ Wendell A. Miles
                                                                                Wendell A. Miles
                                                                                Senior U.S. District Judge